IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CODY OLACHEA,

       Plaintiff,

vs.                                                                    CIV 14-1126 KBM/CG

CITY OF FARMINGTON, NEW MEXICO,
TYLER W. BROWN, formerly a law enforcement
officer employed by Defendant Farmington Police
Dept., a subsidiary of the City of Farmington,
JASON COX, a law enforcement officer employed
by Defendant Farmington Police Dept., a
subsidiary of the City of Farmington, and DANIEL
ANGLIN, an employee of the City of Farmington
tasked with the repair and maintenance of the
Traffic Signal Located at E. Main St. and N. Butler
Ave., Farmington, New Mexico,

       Defendants.

## <u>ORDER TO SHOW CAUSE</u>

**THIS MATTER** is before the Court *sua sponte*. Federal Rule of Civil Procedure

4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is filed, the
> court - on motion or on its own after notice to the plaintiff - must dismiss
> the action without prejudice against that defendant or order that service be
> made within a specified time.

Plaintiff filed this action on December 12, 2014 (*Doc. 1*). The record reflects that none of

the Defendants have been served, nor has Plaintiff shown good cause for the failure to

serve. *See* Fed. R. Civ. P. *4(m)*.

       **WHEREFORE, IT IS HEREBY ORDERED** that, in order to avoid dismissal of this

action, Plaintiff must either effect service or provide the Court with a written explanation

showing good cause why service has not been made, on or before **Friday, April 24, 2015.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE