IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CODY OLACHEA,**

      **Plaintiff,**

vs.                                                  Case No. CIV 14-1126 KBM/CG

**CITY OF FARMINGTON, NEW MEXICO, TYLER W. BROWN,** formerly a law enforcement officer employed by Defendant Farmington Police Dept., a subsidiary of the City of Farmington, **JASON COX**, a law enforcement officer employed by the **SAN JUAN COUNTY SHERIFF'S OFFICE**, a subsidiary of the **COUNTY OF SAN JUAN**, and **DANIEL ANGLIN**, an employee of the **CITY OF FARMINGTON** tasked with the repair and maintenance of the Traffic Signal Located at E. Main St. and N. Butler Ave., Farmington, New Mexico**,**

      **Defendants.**

## NOTICE OF FIRST AMENDED COMPLAINT

      Pursuant to Fed.R.Civ.P. 15(a), Plaintiff hereby provides notice to the Court that he is filing his First Amended Complaint. In compliance with the aforementioned rule, Plaintiff certifies that he has not yet served the subject pleading, to wit: the Complaint of Plaintiff.

                                                    Respectfully submitted,
                                                    **AEQUITAS LAW**

                                                    "Electronically Filed"
                              By:   /s/ Anna C. Martinez
                                                    Attorney for Plaintiff
                                                    P.O. Box 25304
                                                    Farmington, NM 87125
                                                    (505) 750-8005
                                                    anna@aequitas.pro