# New Mexico Courts
# Case Lookup

**Exit**

| Name Search | Case Number Search | DWI Search | Case Detail |

## State of New Mexico v. CODY OLACHEA

| CASE DETAIL ||||
|---|---|---|---|
| **CASE NUMBER** | **CURRENT JUDGE** | **FILING DATE** | **COURT** |
| D-1116-CR-201300269 | Dean, John, Jr | 03/26/2013 | FARMINGTON/AZTEC DISTRICT |

| PARTIES TO THIS CASE ||||
|---|---|---|---|
| **PARTY TYPE** | **PARTY DESCRIPTION** | **PARTY #** | **PARTY NAME** |
| BO | Bond Company | 1 | BADGIRLS BAIL BONDS |
| D | Defendant | 1 | OLACHEA CODY LEE |
| | | ATTORNEY: | MARTINEZ ANNA C. |
| P | Plaintiff | 1 | STATE OF NEW MEXICO |
| | | ATTORNEY: | SPINNER CHRISTOPHER M. |

| CRIMINAL CHARGE DETAIL |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| **PARTY** | **COUNT** | **SEQ #** | **STATUTE** | **CHARGE** | **CLASS** | **CHARGE DATE** | **CIT #** | **PLEA** | **DISPOSITION** | **DISP DATE** |
| D 1 | 1 | 6 | 66-8-102(A) | DWI Driving While Under the Influence of Liquor (Impairment)(1st) | M | 12/12/2012 | 2011408 8 | Guilty | Conviction | 08/11/2014 |
| D 1 | 2 | 4 | 30-31-23(E) | Possession of a Controlled Substance (Felony - Narcotic Drug) | F4 | 12/12/2012 | | Guilty | Conviction | 08/11/2014 |
| D 1 | 3 | 5 | 66-07-104 | Failure to Obey Traffic Control Devices/Failure to Obey Sign | M | 12/12/2012 | 1611612134177 | Not Guilty | Dismissed by Prosecutor / Nolle Prosequi | 08/11/2014 |

| HEARINGS FOR THIS CASE ||||||
|---|---|---|---|---|---|
| **HEARING DATE** | **HEARING TIME** | **HEARING TYPE** | **HEARING JUDGE** | **COURT** | **COURT ROOM** |
| 09/22/2014 | 8:00 AM | SENTENCING HEARING | Dean, John, Jr | FARMINGTON/AZTEC DISTRICT COURT | Courtroom 2 |
| 08/11/2014 | 8:00 AM | PRE-TRIAL CONFERENCE | Dean, John, Jr | FARMINGTON/AZTEC DISTRICT COURT | Courtroom 1 |
| 02/04/2014 | 10:00 AM | MOTION HEARING | Dean, John, Jr | FARMINGTON/AZTEC DISTRICT COURT | Courtroom 2 |
| 01/09/2014 | 9:00 AM | MOTION HEARING | Dean, John, Jr | FARMINGTON/AZTEC DISTRICT COURT | Courtroom 2 |
| 07/15/2013 | 8:00 AM | PRE-TRIAL CONFERENCE | Dean, John, Jr | FARMINGTON/AZTEC DISTRICT COURT | Courtroom 1 |
| 04/08/2013 | 8:00 AM | ARRAIGNMENT | Dean, John, Jr | FARMINGTON/AZTEC DISTRICT COURT | Courtroom 1 |

| REGISTER OF ACTIONS ACTIVITY |
|---|

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 12/02/2014 | ORD: OF PROBATION | | | | |
| 11/07/2014 | RELEASED | | D | 1 | |
| | from SJCDC | | | | |
| 10/21/2014 | CERTIFICATE/ PROOF OF MAILING | | D | 1 | |
| | Letter from Defendant | | | | |
| 10/14/2014 | REQUEST FOR GOOD TIME | | | | |
| | denied | | | | |
| 10/07/2014 | CERTIFICATE/ PROOF OF MAILING | | | | |
| | Letter from Defendant asking for good time sent to attorney of record | | | | |
| 09/25/2014 | CLS: JUDGMENT/ SENTENCE/ COMMITMENT | | | | |
| | Judgment, Sentence, Order Partially Suspending Sentence and Commitment to the San Juan County Detention Center | | | | |
| 09/22/2014 | TAP: SENTENCE | | | | |
| | 8:26:30-88:27:55/8:39:53-8:45:56 | | | | |
| 08/12/2014 | WAR: BOOKING NOTICE | | | | |
| 08/11/2014 | TAP: CHANGE PLEA | | | | |
| | 11:01-12:01 | | | | |
| 08/11/2014 | MEMORANDUM | | | | |
| | Memorandum of plea by defendant and order *Sentencing in this cause will be heard on September 22nd @ 8am | | | | |
| 08/11/2014 | PLEA & DISPOSITION AGREEMENT | | D | 1 | |
| | Defendant entered a plea of guilty | | | | |
| 07/23/2014 | ORD: ORDER DENYING | | D | 1 | |
| | Order granting joint motion to continue jury trial was denied by Judge Dean | | | | |
| 07/22/2014 | MTN: FOR CONTINUANCE | | | | |
| | JOINT MOTION TO CONTNUE JURY TRIAL | | | | |
| 05/23/2014 | WITNESS LIST | | | | |
| 05/09/2014 | NTC: OF JURY TRIAL | | | | |
| | July 29 and July 30, 2014 | | | | |
| 05/08/2014 | ORD: OF CONTINUANCE | | D | 1 | |
| 05/07/2014 | MTN: FOR CONTINUANCE | | | | |
| | Unopposed Motion by Defendant to Continue Jury Trial set for May 12, 2014 | | | | |
| 03/07/2014 | NTC: NOTICE | | | | |
| | NOTICE OF SERVICE OF COURT ORDER TO SAN JUAN COUNTY REGIONAL MEDICAL CENTER | | | | |
| 03/06/2014 | ORD: ORDER | | | | |
| | Order Granting Defendant's Unopposed Motion to Continue Trial Presently Set for March 13, 2014 | | | | |
| 03/06/2014 | NTC: OF HEARING | | | | |
| | May 12, 2014 @ 8:00 am | | | | |
| 02/26/2014 | ORD: ORDER | | | | |
| | Order directing San Juan County Regional Medical Center to release docments and recordings to counsel for defendant | | | | |
| 02/26/2014 | ORD: ORDER | | | | |
| | Order granting opposed motion for in camera review of former Farmington Police Officer Tyler Brown's internal affairs file and personnel file and for release of all information contained therein that the court deems discoverable and/or potentially exculpatory and for placement of | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | any unreleased information in a sealed court file. | | | | |
| 02/25/2014 | MTN: MOTION | | | | | |
| | | Unopposed Motion by defendant Cody Olachea for order by court directing San Juan County Regional Medical Center to release documents and recordings to counsel for defendant. | | | | |
| 02/25/2014 | MTN: MOTION | | | | | |
| | | Unopposed Motion for in camera review of former Farmington Police Officer Tyler Brown's internal affairs file and personnel file and for release of all information contained therein that the court deems relevant, related and/or potentially exculpatory and for placement of any unreleased information in a sealed court file. | | | | |
| 02/25/2014 | MTN: FOR CONTINUANCE | | | | | |
| | | Comes now defendant through counsel and requests the trial set for March 13,2014 be continued. | | | | |
| 02/19/2014 | ORD: ORDER | | | | | |
| | | Order on Defendant's Motion to Exclude Witness and for Dismissal | | | | |
| 02/13/2014 | ORD: ORDER DENYING | | | | | |
| | | Sealed exparte order denied | | | | |
| 02/11/2014 | NTC: NOTICE | | | | | |
| | | Sealed ExParte notice and motion | | | | |
| 02/04/2014 | TAP: MOTION | | | | | |
| 02/03/2014 | RESPONSE | | | | | |
| | | State's Response to defendant's motion for presentment hearing on Motion to exclude witness | | | | |
| 01/31/2014 | RESPONSE | | | | | |
| | | State's Brief in Response to Defendant's "Reply in Support of Motion to Exclude Witness & for Dismissal" | | | | |
| 01/28/2014 | MTN: MOTION | | | | | |
| | | Motion for Presentment Hearing on Motion to Exclude Witness | | | | |
| 01/09/2014 | NTC: OF HEARING | | | | | |
| | | Motion to dismiss and exclude evidence February 4, 2014 @ 8:30 am | | | | |
| 01/09/2014 | TAP: MOTION | | | | | |
| 01/08/2014 | RESPONSE | | | | | |
| | | State's Response to Defendant's Motion to Exclude Witness and for Dismissal | | | | |
| 11/21/2013 | NTC: OF HEARING | | | | | |
| | | Motion to exclude witness and for dismissal January 9, 2014 @ 9:00 am | | | | |
| 11/14/2013 | ORD: OF CONTINUANCE | | | | | |
| | | 11/19/13 | | | | | |
| 11/14/2013 | NTC: OF JURY TRIAL | | | | | |
| | | FEBRUARY 3 AND 4, 2014 @ 8:00 AM 2 DAYS RESERVED | | | | |
| 11/13/2013 | MTN: FOR CONTINUANCE | | | | | |
| | | 11/19/2013 | | | | | |
| 11/13/2013 | MTN: MOTION | | | | | |
| | | Motion to exclude witness and for dismissal | | | | |
| 09/11/2013 | NTC: OF JURY TRIAL | | | | | |
| | | November 19 and 20, 2013 @ 8:00 am 2 days reserved | | | | |
| 09/11/2013 | ORD: OF CONTINUANCE | | P | 1 | | |
| | | ORDER GRANTING CONTINUANCE | | | | |
| 09/11/2013 | MTN: FOR CONTINUANCE | | | | | |
| | | The parties respectfully request that the court enter an order vacating and continuing the hearing now set for September 17,2013 @ 8am | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 09/10/2013 | WITNESS LIST | | | | |
| | Corrected Amended List of State's Witnesses | | | | |
| 08/30/2013 | WITNESS LIST | | | | |
| | Second amended list of state's witnesses | | | | |
| 07/15/2013 | TAP: PRE-TRIAL | | | | |
| 07/15/2013 | NTC: OF JURY TRIAL | | | | |
| | September 17, 2013 2 days reserved | | | | |
| 04/17/2013 | WITNESS LIST | | | | |
| | State's witnesses | | | | |
| 04/17/2013 | DEMAND FOR ALIBI | | | | |
| | Demand for Alibi/Entrapment Defense Information | | | | |
| 04/17/2013 | DISCLOSURE | | | | |
| | Disclosure | | | | |
| 04/17/2013 | DISCLOSURE | | | | |
| | Demand for Disclosure | | | | |
| 04/08/2013 | TAP: ARRAIGNMENT | | | | |
| 03/29/2013 | ORD: BIND-OVER FROM LOWER COURT | | | | |
| 03/26/2013 | OPN: CRIMINAL INFORMATION / COMPLAINT | | | | |
| | M-147-FR-2012-766 | | | | |

| JUDGE ASSIGNMENT HISTORY | | | |
|---|---|---|---|
| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
| 03/26/2013 | Dean, John, Jr | 1 | INITIAL ASSIGNMENT |

Return    Print

©2007 New Mexico Courts